| | AUSA: | Thomas Cribbins | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: | Jeremy Ferguson | Telephone: | (313) 393-3793 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America

v.

Princes Karina Torrez-Maldonado

Case: 2:26−mj−30192
Assigned To : Unassigned
Assign. Date : 4/13/2026
Description: CMP− USA V.
TORREZ−MALDONADO (CS)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 9, 2026_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeremy Ferguson, Enforcement Officer
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____April 13, 2026____

_____
Judge's signature

City and state:  Detroit, MI

Hon. Elizabeth Stafford, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeremy J. Ferguson, being duly deposed and sworn states:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am an Enforcement Officer with the United States Department of Homeland Security (DHS), Customs and Border Protection (CBP). I have been employed with CBP for twenty-two years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the re-entry of removed aliens and I have received training in this area.

2.      The information set forth below is for the limited purpose of establishing probable cause.  Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

### PROBABLE CAUSE

3.      The defendant, Princes Karina TORREZ-MALDONADO is a 25-year-old female, native and citizen of Honduras, who last entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected, or paroled into the United States by an immigration officer.

4.      On April 9th, 2026, at approximately 2:23pm, TORREZ-MALDONADO was encountered by CBP at the Ambassador Bridge in Detroit as a passenger in Texas-plated vehicle WVC2085. The driver stated that the group of friends were following their GPS to Walmart and were unaware that the Walmart

1

they were traveling to was in Canada. The driver turned around on the bridge before reaching the Canadian side of the border. TORREZ-MALDONADO had no identification on her person or in the vehicle. The group were referred to the secondary inspection area for an immigration inspection.

5.     In the secondary inspection area TORREZ-MALDONADO's fingerprints were queried through the Automated Fingerprint Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS) which resulted in matches to Fingerprint Identification Number (FIN) XXXXXX4216 and FBI number XXXXXCPH, which correspond to the prior arrest and removal noted below.

6.     I queried TORREZ-MALDONADO through the Enforce Alien Removal Module (EARM), an immigration database maintained by DHS which contains information about aliens who are removed from the United States and found her to be a match to Alien File XXX XXX 341, as well as the arrest and removal noted below.

7.     On or about October 9th, 2019, TORREZ MALDONADO was arrested by US Border Patrol at or near Laredo, Texas and was found to be present within the United States without having been admitted or paroled by an immigration officer.  She was served with a Notice to Appear before an Immigration Judge alleging the same.

8. On or about April 10th, 2020, the Immigration Judge ordered TORREZ-MALDONADO removed from the United States. TORREZ-MALDONADO filed an appeal with the Board of Immigration Appeals (BIA) and on or about October 8th, 2020, the BIA dismissed her appeal and affirmed the Judge's order. On or about October 28th, 2020, she was removed to Honduras via San Antonio, Texas.

9. On April 9th, 2026, at approximately 7:38pm TORREZ-MALDONADO was advised of her Miranda Rights verbally and in writing, in Spanish, during an audio/video recorded interview and agreed to answer questions. During the interview TORREZ-MALDONADO admitted to the arrest and removal noted above and claimed that she most recently entered the US on September 15th, 2021, by crossing the Rio Grande from Piedras Negras, Mexico into Texas at a place that was not a designated Port of Entry and without authorization from the United States government. She admitted that she never applied for or received permission to re-enter the United States after her removal.

10. I queried TORREZ-MALDONADO through the Central Index System (CIS), Electronic Immigration System (ELIS), and Computer Linked Application and Information Management System (CLAIMS). These databases are maintained by DHS and contain information relating to applications for immigration benefits and/or relief. Review of the records for TORREZ-

MALDONADO and queries in Department of Homeland Security databases confirm that no record exists of her obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

11.     I queried TORREZ-MALDONADO through the Consular Consolidated Database (CCD), a database maintained by the Department of State which contains passport and visa applications and records.  I found no record of TORREZ-MALDONADO ever having applied for or receiving a U.S. visa of any kind or classification.

12.     I queried TORREZ-MALDONADO through TECS, a U.S. government database that contains information about all persons who arrive in the United States at designated ports of entry and apply for admission. I found no record of TORREZ-MALDONADO ever lawfully arriving or being inspected, admitted, or paroled into the United States by a U.S. border official.

13.     TORREZ-MALDONADO was arrested and detained by CBP on April 9, 2026, for administrative processing and Reinstatement of the Prior Order of Removal against her pursuant to Section 241(a)(5) of the INA.

14.     The aforementioned arrest (or apprehension) and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States

4

Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

## **CONCLUSION**

15.     Based on the foregoing, there is probable cause to believe that, on or about April 9, 2026, at or near Detroit, Michigan, in the Eastern District of Michigan, Southern Division, Princes TORREZ-MALDONADO an alien from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about October 28th, 2020 at San Antonio, Texas and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Complainant's signature

Jeremy Ferguson, Enforcement Officer
_____
Printed name and title

Sworn to before me and signed in
my presence this 13th day of April, 2026

_____
HON. ELIZABETH STAFFORD
UNITED STATES MAGISTRATE JUDGE

5